UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| AWOK ANI-DENG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 4:12-cv-00084-SEB-TAB |
| JEFFBOAT LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date:  04/24/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Matthew R Lemme
attorney@indiana.usa.com

Charles H. Stopher
BOEHL STOPHER & GRAVES, LLP
cstopher@bsg-law.com

Edward H. Stopher
BOEHL STOPHER & GRAVES, LLP
estopher@bsg-law.com

James L. Fischer, Jr.
BOEHL STOPHER & GRAVES, LLP - New Albany
jfischer@bsg-in.com

Dustin Tyrone White
WHITE LAW PRACTICE
wlawpractice@aol.com