| | | |
|---|---|---|
| **Invoice No.** | | **20325** |
| Invoice Date | | OCT 3 13 |

**C&H audio·visual services**

C & H Audio Visual Services, Inc.
942 E. Kentucky Street
Louisville, KY 40204

Voice: (502) 637-4595
Fax: (502) 637-4596

| | | |
|---|---|---|
| Our Job #: | RWL-132319-1 | |
| Depo Start: | OCT 2 13 | 9:30 AM |
| Depo End: | OCT 2 13 | 12:30 PM |

**Order/PO Number**

**Terms**
Net-15

RECEIVED OCT 7 2013

Invoice To: Boehl, Stopher & Graves, LLP
Aegon Center
400 West Market St.
Suite 2300
Louisville, KY 40202

**Description:** Awok Ani-Deng/ CASE #: 4:12-CV-084-SEB-TAB

## EQUIPMENT

| QTY | Description | Duration | Unit Price | Extended |
|---|---|---|---|---|

**Visuals**

| 1 | Video Recording of Legal Deposition Awok Ani-Deng | 1.00 Day(s) | 0.00 | 0.00 |
|---|---|---|---|---|
| | | | **Visuals Total:** | **$0.00** |
| | | | **Equipment Total:** | **$0.00** |

## LABOR

| Date | Time | QTY | Personnel/Task | Duration | Unit Price | Extended |
|---|---|---|---|---|---|---|
| OCT 2 13 | 9:30 AM 12:30 PM | 1 | Technician Labor-Show | 3.00 Hours | 0 | 0.00 |

Labor Rates: Hourly: up to 10.00 hours straight time, 1.5x 10.00-12.00 hours, 2.0x after 12.00 hours per day.
Labor Rates: Daily: up to 10.00 hours straight time, 1.5x 10.00-12.00 hours, 2.0x after 12.00 hours per day.

## MISCELLANEOUS

| QTY | Description | Unit Price | Extended |
|---|---|---|---|
| 1 | Deposition Services | 400.00 | 400.00 |
| | | **Misc. Total:** | **$400.00** |

# INVOICE

Coulter Reporting, LLC
101 East Kentucky St.
Louisville, KY 40203
Phone: 502-582-1627  Fax: 502-587-6299

RECEIVED OCT 21 2013
BS&G LLP

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95794 | 10/18/2013 | 33803 |
| Job Date | Case No. | |
| 10/2/2013 | 4:12-CV-084-SEB-TAB | |
| Case Name | | |
| Awok Ani-Deng v Jeffboat, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

Edward H. Stopher
Boehl, Stopher & Graves
2300 Aegon Center
400 West Market Street
Louisville, KY 40202

ORIGINAL AND ONE COMPLIMENTARY COPY OF DEPOSITION AND EXHIBITS: 521.20
  Awok Ani-Deng
  (TAXABLE $480.20)

TOTAL DUE >>>   $521.20

Tax ID: 61-1337821

Phone: 502-589-5980  Fax: 561-9400

*Please detach bottom portion and return with payment.*

Edward H. Stopher
Boehl, Stopher & Graves
2300 Aegon Center
400 West Market Street
Louisville, KY 40202

Job No.    : 33803          BU ID : 1-MAIN
Case No.   : 4:12-CV-084-SEB-TAB
Case Name  : Awok Ani-Deng v Jeffboat, LLC

Invoice No. : 95794      Invoice Date : 10/18/2013
Total Due   : $ 521.20

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: Coulter Reporting, LLC
          P.O. Box 2916
          Louisville, KY 40201-2916

Power Presentations LLC

101 E Kentucky
Louisville, KY 40203

# Invoice

| Date | Invoice # |
|---|---|
| 10/21/2013 | 322 |

| Bill To |
|---|
| Boehl, Stopher & Graves<br>Rod Payne<br>2300 Aegon Center<br>Louisville, Kentucky 40202 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  | 10/21/2013 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Synch | Awok Ani-Deng v Jeffboat, LLC<br><br>Awok Ani-Deng<br>10-2-13<br>2.5<br><br>Mpeg provided by videographer<br>Taxable Sales | 300.00<br><br>6.00% | 300.00T<br><br>18.00 |

ID 20-2733188

**Total**   $318.00

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95977 | 11/15/2013 | 33909 |

| Job Date | Case No. |
|---|---|
| 10/24/2013 | 4:12-CV-084-SEB-TAB |

| Case Name |
|---|
| Awok Ani-Deng v Jeffboat, LLC |

| Payment Terms |
|---|
| Due upon receipt |

Coulter Reporting, LLC
101 East Kentucky St.
Louisville, KY 40203
Phone:502-582-1627  Fax:502-587-6299

RECEIVED NOV 19 2013

BS&G LLP

Edward H. Stopher
Boehl, Stopher & Graves
2300 Aegon Center
400 West Market Street
Louisville, KY 40202

| | |
|---|---|
| ORIGINAL AND ONE COMPLIMENTARY COPY OF DEPOSITION AND EXHIBITS: | 514.50 |
| Awok Ani-Deng, Continued | |
| (TAXABLE $392.00) | |
| TOTAL DUE >>> | $514.50 |

Tax ID: 61-1337821

Phone: 502-589-5980   Fax:561-9400

*Please detach bottom portion and return with payment.*

Edward H. Stopher
Boehl, Stopher & Graves
2300 Aegon Center
400 West Market Street
Louisville, KY 40202

Job No.     : 33909          BU ID     : 1-MAIN
Case No.    : 4:12-CV-084-SEB-TAB
Case Name   : Awok Ani-Deng v Jeffboat, LLC

Invoice No. : 95977          Invoice Date : 11/15/2013
Total Due   : $ 514.50

Remit To: Coulter Reporting, LLC
P.O. Box 2916
Louisville, KY 40201-2916

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# Invoice

**Power Presentations LLC**

101 E Kentucky
Louisville, KY 40203

| Date | Invoice # |
|---|---|
| 11/20/2013 | 354 |

**Bill To**

Boehl, Stopher & Graves
Rod Payne
2300 Aegon Center
Louisville, Kentucky 40202

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 11/20/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Synch | Ani-Deng<br>v<br>Jeffboat, LLC<br><br>Awok Ani-Deng<br>10-24-13<br><br>Mpeg provided by videographer<br>Taxable Sales | 270.00<br><br><br><br><br><br>6.00% | 270.00T<br><br><br><br><br><br>16.20 |

ID 20-2733188

**Total**  $286.20

C & H Audio Visual Services, Inc.
942 E. Kentucky Street
Louisville, KY 40204

Voice: (502) 637-4595
Fax:   (502) 637-4596

**Invoice No.** 20454
**Invoice Date** OCT-24 13

| | |
|---|---|
| Our Job #: | RWL-132497-1 |
| Depo Start: | OCT 24 13  9:45 AM |
| Depo End: | OCT 24 13  2:15 PM |

**Order/PO Number**

**Terms** Net-15

Invoice To: Boehl, Stopher & Graves, LLP
Aegon Center
400 West Market St.
Suite 2300
Louisville, KY 40202

**Description:** Awok Ani-Deng/ CASE #: 4:12-CV-084-SEB-TAB

## EQUIPMENT

| QTY | Description | Duration | Unit Price | Extended |
|---|---|---|---|---|
| **Visuals** | | | | |
| 1 | Video Recording of Legal Deposition Awok Ani-Deng | 1.00 Day(s) | 0.00 | 0.00 |
| | | Visuals Total: | | $0.00 |
| | | Equipment Total: | | $0.00 |

## LABOR

| Date | Time | QTY | Personnel/Task | Duration | Unit Price | Extended |
|---|---|---|---|---|---|---|
| OCT 24 13 | 9:45 AM  2:15 PM | 1 | Technician Labor-Show | 4.50 Hours | 0 | 0.00 |

Labor Rates: Hourly: up to 10.00 hours straight time, 1.5x 10.00-12.00 hours, 2.0x after 12.00 hours per day.
Labor Rates: Daily: up to 10.00 hours straight time, 1.5x 10.00-12.00 hours, 2.0x after 12.00 hours per day.

## MISCELLANEOUS

| QTY | Description | Unit Price | Extended |
|---|---|---|---|
| 1 | Deposition Services | 430.00 | 430.00 |
| | Misc. Total: | | $ 430.00 |

# C&H audio·visual services

C & H Audio Visual Services, Inc.
942 E. Kentucky Street
Louisville, KY 40204

Voice: (502) 637-4595
Fax:   (502) 637-4596

| | |
|---|---|
| Invoice No. | 20454 |
| Invoice Date | OCT 24 13 |

| | | |
|---|---|---|
| Our Job #: | RWL-132497-1 | |
| Depo Start: | OCT 24 13 | 9:45 AM |
| Depo End: | OCT 24 13 | 2:15 PM |

**Description:** Awok Ani-Deng/ CASE #: 4:12-CV-084-SEB-TAB

| | |
|---|---|
| JOB SUB-TOTAL: | $ 430.00 |
| Total Invoice: | $ 430.00 |
| JOB TOTAL: | $ 430.00 |
| Interest: | $ 61.50 |
| Less Payments: | $ ( 0.00 ) |
| TOTAL AMOUNT DUE: | $ 491.50 |

# INVOICE

LANGUAGES UNLIMITED, INC.
P.O. BOX 5535
Louisville, KY 40255-0535


RECEIVED
JAN 13 2014
BS&G LLP

| DATE | INVOICE NO. |
|---|---|
| 1/7/2014 | 15683 |

| BILL TO |
|---|
| Boehl Stopher & Graves, LLP<br>Attn: Claire Latta<br>400 West Market Street, ste. 2300<br>Louisville, KY 40202 |

| P.O. NO | TERMS | CODE | PROJECT NO. |
|---|---|---|---|
|  | Net 30 days |  | 13i-867 BSG-32 |

| DESCRIPTION | AMOUNT |
|---|---|
| INTERPRETING SERVICES:<br>Interpreter: Salwa ElShazly<br>Language: Arabic/English<br>Reference Name: Awok Ani-Deng<br>Location: Boehl Stopher & Graves, 400 West Market St. Ste. 2300, Louisville<br>Contact Name: Claire Latta<br>Purpose: deposition<br>Date: Thursday, October 24, 2013<br>Time: 9:30 am  5 hour at $75 per hour<br>Mileage: 44 miles at $.565 per mile<br><br>Per the acceptance of our Interpreting Service Agreement on 10/23/13.<br><br><br>TAX ID #61-1204624<br><br>WE APPRECIATE YOUR BUSINESS. | 425.00<br>24.86 |

Past due invoices are subject to a finance charge of 1 1/2% per month (or $15 minimum). Thank you!

$449.86

**Balance Due** $449.86

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 502.473.0535 | 502.371.0614 | colleen@luitranslations.com | www.luitranslations.com |